<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-1193**

───────────

JIMMY MULLINS,

                Plaintiff - Appellant,

     v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY,

                Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:07-cv-02690-CCB)

───────────

Submitted:  January 27, 2010     Decided:  February 22, 2010

───────────

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John B. Stolarz, THE STOLARZ LAW FIRM, Baltimore, Maryland, for Appellant. George A. Nilson, City Solicitor, Gwen B. Tromley, Assistant Solicitor, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Mullins appeals the district court's orders denying his motion for leave to amend his complaint and granting the Appellee's motion for summary judgment on Mullins' claim of age discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mullins v. Mayor</u>, No. 1:07-cv-02690-CCB (D. Md. Jan. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>